**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.  22-CV-21644-KMM/LFL**

JULIE SU, Acting Secretary of Labor,
United States Department of Labor,

              Plaintiff,

     v.

LOCAL 568, TRANSPORT WORKERS UNION
OF AMERICA, AFL-CIO,

              Defendant.

_____ /

## NOTICE OF SETTLEMENT

The Plaintiff, Julie Su, Acting Secretary of Labor, United States Department of Labor, and the Defendant, Local 568, Transport Workers Union of America, AFL-CIO (collectively "the Parties"), hereby notify the Court that they have reached an agreement on settlement terms.  A Settlement Agreement was fully executed as of February 28, 2024, and a copy is attached hereto as Exhibit A.

Dated: March 13, 2024                          Respectfully submitted,

| | |
|---|---|
| **MARKENZY LAPOINTE**<br>**UNITED STATES ATTORNEY**<br><br>By: */s/Chantel Doakes Shelton*<br>  Chantel Doakes Shelton<br>  Assistant United States Attorney<br>  Florida Bar No. 0118626<br>  500 E. Broward Blvd., Suite 700<br>  Fort Lauderdale, FL  33394<br>  Tel: (954) 660-5770<br>  Email:  Chantel.DoakesShelton@usdoj.gov<br><br>  */s/Veronica Harrell-James*<br>  Veronica Harrell-James<br>  Assistant United States Attorney<br>  Florida Bar No. 644791<br>  101 US-1 South, 3rd Floor<br>  Fort Pierce, Florida 34950<br>  Tel: (772) 293-0982<br>  Email:Veronica.HarrellJames@usdoj.gov<br><br>*Attorneys for Plaintiff* | By: */s/Osnat K. Rind*<br>  Osnat K. Rind<br>  Florida Bar No. 0958638<br>  Phillips, Richard & Rind, P.A.<br>  9360 SW 72 Street, Suite 283<br>  Miami, Florida 33173<br>  Tel: (305) 412-8322<br>  Email: orind@phillipsrichard.com<br><br>*Attorney for Defendant* |