# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**
Case No: 22-cv-21644-KLM

JULIE SU, Acting Secretary of Labor,
United States Department of Labor,

               Plaintiff,

    v.

LOCAL 568, TRANSPORT WORKERS UNION
OF AMERICA, AFL-CIO,

               Defendant.

_____/

## SETTLEMENT AGREEMENT

This Settlement Agreement ("Agreement") is entered into among the Secretary of Labor,

acting through the United States Department of Justice and on behalf of the United States

Department of Labor ("DOL") (collectively, the "Secretary"), and Local 568, Transport Workers

Union of America, AFL-CIO ("Local 568" or "the union") (hereafter collectively referred to as

"the Parties"), through their authorized representatives.

## RECITALS

A.     Local 568 is a "labor organization" as the term is defined by the Labor-

Management Reporting and Disclosure Act of 1959 ("LMRDA"), 29 U.S.C. § 402(i).

B.     On May 27, 2022, the Secretary filed a civil action in the United States District

Court for the Southern District of Florida, captioned *Martin J. Walsh, Secretary of Labor, United*

*States Department of Labor v. Local 568, Transport Workers Union of America, AFL-CIO*, No.

1:22-cv-21644.[1] The Secretary alleged that, in relation to Local 568's December 15, 2021 election of officers, the union violated section 401(e) of the LMRDA, 29 U.S.C. § 481(e), and this violation affected the outcome of the election for the office of Local 568 President. The Secretary thus requested a judgment voiding the December 15, 2021 election for the office of President and ordering a new election for this position under the Secretary's supervision.

C.  Local 568 denied all alleged violations of the LMRDA.

D.  On June 6, 2023, the United District Court for the Southern District of Florida entered judgment for Local 568. On October 24, 2023, the District Court affirmed its judgment for Local 568, denying the Secretary's motion for reconsideration.

E.  On December 19, 2023, the Secretary filed a Notice of Appeal to the United States Court of Appeals for the Eleventh Circuit from the District Court's October 24, 2023 reconsideration order and its June 6, 2023 summary judgment order.

F.  In consideration of the mutual promises and obligations of this Agreement, the Parties agree as follows:

## TERMS AND CONDITIONS

1.  The Parties hereby stipulate and agree to entry of an order, pursuant to Federal Rule of Appellate Procedure 42(b), dismissing the Secretary's pending appeal and directing Local 568 to conduct its next regularly-scheduled election under the Secretary's supervision on or before December 15, 2024 ("supervised election").

2.  The officers elected pursuant to the supervised election shall be installed by January 1, 2025.

---

[1] This action was originally brough by Martin J. Walsh, then-Secretary of Labor. Julie Su is the current Acting Secretary of Labor and was therefore substituted as Plaintiff in accordance with Rule 25(d), Federal Rules of Civil Procedure and Rule 43(c)(2), Federal Rules of Appellate Procedure.

3.      The supervised election shall be conducted in accordance with Title IV of the LMRDA, 29 U.S.C. § 481, *et seq.*, and insofar as lawful and practicable, in accordance with the Transport Workers Union of America Constitution and the Local 568 Constitution and Bylaws.

4.      The Parties agree that all decisions as to the interpretation and application of Title IV of the LMRDA, the Transport Workers Union of America Constitution, and the Local 568 Constitution and Bylaws relating to the supervised election are to be determined by the Secretary, and her decisions shall be final and binding, subject to review by the Court.

5.      The Parties agree that protests concerning any aspect of the supervised election must be filed in writing directly with the Secretary's designated election supervisor no later than 10 days after the completion of the ballot tally.

6.      The United States District Court for the Southern District of Florida shall assume jurisdiction of this action pending completion of the supervised election. After completion of the supervised election and resolution of any protests or challenges, the Secretary shall promptly certify to the Court the name of the persons so elected and that the election was conducted in accordance with Title IV of the LMRDA, and insofar as lawful and practical, in accordance with the Transport Workers Union of America Constitution and the Local 568 Constitution and Bylaws.

7.      Upon approval of the Secretary's certification, the Court shall enter a Judgment declaring that such persons have been duly elected to three-year terms of office.

8.      Settlement of the instant litigation does not constitute an admission by Local 568 that Local 568, or any of its officers, employees, or agents violated Title IV of the LMRDA.

3

9.     Each Party shall bear its own costs, including attorneys' fees and other expenses incurred by such Party in connection with any stage of this proceeding.  Local 568 shall withdraw its Motion for Bill of Costs (ECF No. 44, filed July 5, 2023).

10.     This Agreement constitutes the complete agreement between the Parties.  This

Agreement may not be amended except by written consent of the Parties.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

PHILLIPS, RICHARD & RIND, PA

By:

CHANTEL DOAKES SHELTON
Digitally signed by CHANTEL DOAKES SHELTON
Date: 2024.02.28 12:22:10 -05'00'

Chantel Doakes Shelton
Assistant United States Attorney
Florida Bar No. 0118626
500 E. Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Tel: (954) 660-5770
Fax: (954) 356-7180
Email: Chantel.DoakesShelton@usdoj.gov

By:

Osnat K. Rind, Esq.
Florida Bar No. 958638
9360 SW 72 Street, Suite 283
Miami, FL 33173
Tel: (305) 412-8322
Fax: (305) 412-8299
Email: orind@phillipsrichard.com
*Attorney for Defendant*

VERONICA HARRELL JAMES
Digitally signed by VERONICA HARRELL JAMES
Date: 2024.02.28 12:17:47 -05'00'

Veronica Harrell-James
Assistant United States Attorney
Florida Bar No. 644791
101 US-1 South, 3rd Floor
Fort Pierce, Florida 34950
Tel: (772) 293-0982
Fax: (772) 466-1020
Email: Veronica.Harrell-James@usdoj.gov
*Attorneys for Plaintiff*

OF COUNSEL:

SEEMA NANDA
Solicitor of Labor

BEVERLY DANKOWITZ
Associate Solicitor

JEFFREY LUPARDO
Counsel for Labor-Management
and Civil Rights Enforcement

CHRISTA HENDERSON
Senior Attorney
U.S. Department of Labor

5