**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.  22-CV-21644-KMM/LFL**

,

JULIE SU, Acting Secretary of Labor,
United States Department of Labor,

          Plaintiff,

      v.

LOCAL 568, TRANSPORT WORKERS UNION
OF AMERICA, AFL-CIO,

          Defendant.
_____ /

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff, Julie Su, Acting Secretary of Labor, United States Department of Labor, and the Defendant, Local 568, Transport Workers Union of America, AFL-CIO (collectively "the Parties"), hereby stipulate to the dismissal of the above-captioned case with prejudice as the Parties have settled.

      Dated: March 19, 2024                Respectfully submitted,

| | |
|---|---|
| **MARKENZY LAPOINTE**<br>**UNITED STATES ATTORNEY**<br><br>By: */s/Chantel Doakes Shelton*<br>Chantel Doakes Shelton<br>Assistant United States Attorney<br>Florida Bar No. 0118626<br>500 E. Broward Blvd., Suite 700<br>Fort Lauderdale, FL 33394<br>Tel: (954) 660-5770<br>Email: Chantel.DoakesShelton@usdoj.gov<br><br>*/s/Veronica Harrell-James*<br>Veronica Harrell-James<br>Assistant United States Attorney<br>Florida Bar No. 644791<br>101 US-1 South, 3rd Floor<br>Fort Pierce, Florida 34950<br>Tel: (772) 293-0982<br>Email:Veronica.HarrellJames@usdoj.gov<br>*Attorneys for Plaintiff* | By: */s/Osnat K. Rind*<br>Osnat K. Rind<br>Florida Bar No. 0958638<br>Phillips, Richard & Rind, P.A.<br>9360 SW 72 Street, Suite 283<br>Miami, Florida 33173<br>Tel: (305) 412-8322<br>Email: orind@phillipsrichard.com<br>*Attorney for Defendant* |