**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
Case No. 22-cv-21644-KMM

LORI CHAVEZ-DEREMER,[1] Secretary of Labor,
United States Department of Labor,

       Plaintiff,

   v.

LOCAL 568, TRANSPORT WORKERS UNION
OF AMERICA, AFL-CIO,

       Defendant.
_____/

## PLAINTIFF'S NOTICE OF FILING CERTIFICATION OF ELECTION

Plaintiff, Lori Chavez-DeRemer, in her official capacity as Secretary of the Department of Labor, and pursuant to the Settlement Agreement filed with this Court on March 13, 2024 (ECF No. 60-1) hereby states as follows:

The Defendant held a supervised election on December 13, 2024. The Department of Labor's Office of Labor Management Standards received six election protests, which it investigated and resolved. The results of the election are final.

The Department of Labor now certifies to the Court the names of the persons elected to serve as the duly elected officers of Defendant. *See* Certification of Election, attached hereto as **Exhibit 1**, including the Declaration of Janice Melendez, attached hereto as **Exhibit 1-A**. The Department of Labor also certifies that the supervised election was held in accordance with Title IV of the Labor-Management Reporting and Disclosure Act of 1959, 29 U.S.C. §§ 481-83, and in conformity with the Defendant's constitution and bylaws. *See* Exhibit 1, Exhibit 1-A.

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Secretary of the United States Department of Labor Lori Chavez-DeRemer has been substituted automatically for former Acting Secretary Julie Su.

In light of the above, Plaintiff requests that the Court enter a final judgment declaring that the persons certified have been elected as shown by the certification.

Dated this 15th day of April 2025.

Respectfully submitted,

**HAYDEN P. O'BYRNE**
**UNITED STATES ATTORNEY**

/s/ *Chantel Doakes Shelton*
CHANTEL DOAKES SHELTON
Assistant United States Attorney
Florida Bar No. 0118626
500 E. Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Tel: (954) 660-5770
Fax: (954) 356-7180
Email: Chantel.DoakesShelton@usdoj.gov

OF COUNSEL:

JONATHAN SNARE
Acting Solicitor of Labor

BEVERLY DANKOWITZ
Associate Solicitor

JEFFREY LUPARDO
Counsel for Labor-Management and Civil Rights Enforcement

CHRISTA HENDERSON
Senior Attorney
U.S. Department of Labor