**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
Case No. 22-cv-21644-KMM

LORI CHAVEZ-DEREMER, Secretary of Labor,
United States Department of Labor,

                Plaintiff,

     v.

LOCAL 568, TRANSPORT WORKERS UNION
OF AMERICA, AFL-CIO,

                Defendant.

_____/

## CERTIFICATION OF ELECTION

The election having been conducted in the above matter under the supervision of the United States Department of Labor, Office of Labor-Management Standards ("OLMS"), pursuant to a Settlement Agreement filed with this Court on March 13, 2024, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 ("LMRDA"), 29 U.S.C. §§ 481-83, and in conformity with the constitution and bylaws of the defendant labor organization, insofar as lawful and practicable, therefore:

Pursuant to section 402(c) of the LMRDA, 29 U.S.C. § 482(c), and the authority delegated to me,

IT IS HEREBY CERTIFIED that the following named candidates have been duly elected to the offices designated:

| | |
|---|---|
| Luis Rodriguez | President |
| Manny Lorenzana | First Vice President |
| Freisy Ciriaco | Second Vice President |
| Larry Bushley | Recording Secretary |

Josue Josh Gibson     Secretary Treasurer

Glen Mora           Executive Board Member

Jose Olivares        Executive Board Member

Joe Catucci          Executive Board Member

Tony Oakafor       Executive Board Member

Attached herewith is a declaration setting forth the allegations in protests of the supervised election and the Department of Labor's findings after investigating those protests.

Signed this ___11_____ day of April 2025.

Janice Melendez, Acting Chief
Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor